UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-22383-CIV-KING

JOSE RAFAEL DEPRADO,

    Plaintiff,

vs.

CITY OF MIAMI, RAUL MARTINEZ, and
LT. MARILYN GONZALEZ,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT/APPELLEE'S
## DESIGNATION OF ADDITIONAL PARTS FOR THE RECORD

THIS MATTER came before the Court on Defendant/Appellee's unopposed Designation to Order Additional Parts for the Record, and the Court being otherwise advised in the premises, it is hereupon:

ORDERED AND ADJUDGED that Defendant/Appellee's request to designate the transcript from the proceedings held September 8, 2006, is GRANTED. Defendant/Appellee shall file its transcript order form and make satisfactory arrangements with the court report for payment within 10 days.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, this 14th day of November, 2006.

                                      */s/ James Lawrence King*
                                      JAMES LAWRENCE KING
                                      U.S. DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF FLORIDA

cc: All Attorneys of Record